USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BETTY FLOYD,

                       Plaintiff,

-against-

GLENN GARDENS ASSOCIATES; GRENADIER
REALTY CORP.; GUTMAN, MINTZ,
SONNENFELDT; and THE CITY OF NEW YORK
DEPT. OF HOUSING PRESERVATION &
DEVELOPMENT,

                       Defendants.
-----------------------------------------------------------X

18 **CIVIL** 8519 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 31, 2020, the R&R is adopted in its entirety. Defendants' motions to dismiss are GRANTED. Plaintiff's motion for leave to amend in DENIED. Because the R&R gave the parties adequate warning, Plaintiff's failure to file adequate and specific objections to the R&R precludes appellate review of this decision. Accordingly, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and, therefore, permission to proceed in forma pauperis for purposes of appeal is denied; accordingly, the case is closed.

**Dated:** New York, New York
         February 10, 2020

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                        **BY:**
                                              **Deputy Clerk**